**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Juan A. Ortega                 CHAPTER 13

Debtor(s)

BKY. NO. 22-12424 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of USAA FEDERAL SAVINGS BANK and index same on the master mailing list.

       Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
16 Sep 2022, 10:55:43, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322