**Lakeside Cultural Care Division Inc**

# Earnings Statement

Check Date: 07/08/22
Period Beginning: 06/27/22
Period Ending: 07/03/22

JUAN ORTEGA
360 S JENNERSVILLE RD
WEST GROVE, PA 19390-9410

| Earnings | Rate | Units | Amount | Year to Date |
|---|---|---|---|---|
| Regular | 25.00 | 40.00 | 1,000.00 | 27,000.00 |

| Deductions | Amount | Year to Date |
|---|---|---|
| Federal | 76.00 | 2,052.00 |
| FICA | 62.00 | 1,674.00 |
| Medicare | 14.50 | 391.50 |
| PA State | 30.70 | 828.90 |
| PA UI | 0.60 | 16.20 |
| LEI-EIT | 10.00 | 270.00 |
| LOT-LOT | 1.00 | 27.00 |

| Gross Pay | 1,000.00 | 27,000.00 |
|---|---|---|

| Net Check | 805.20 |
|---|---|

**Lakeside Cultural Care Division Inc**

**Earnings Statement**

Check Date: 07/15/22
Period Beginning: 07/04/22
Period Ending: 07/10/22

JUAN ORTEGA
360 S JENNERSVILLE RD
WEST GROVE, PA 19390-9410

| Earnings | Rate | Units | Amount | Year to Date |
|---|---|---|---|---|
| Regular | 25.00 | 40.00 | 1,000.00 | 28,000.00 |

| Deductions | Amount | Year to Date |
|---|---|---|
| Federal | 76.00 | 2,128.00 |
| FICA | 62.00 | 1,736.00 |
| Medicare | 14.50 | 406.00 |
| PA State | 30.70 | 859.60 |
| PA UI | 0.60 | 16.80 |
| LEI-EIT | 10.00 | 280.00 |
| LOT-LOT | 1.00 | 28.00 |

| Gross Pay | 1,000.00 | 28,000.00 |
|---|---|---|

| Net Check | 805.20 |
|---|---|

**Lakeside Cultural Care Division Inc**

# Earnings Statement

| | |
|---|---|
| Check Date: | 07/22/22 |
| Period Beginning: | 07/11/22 |
| Period Ending: | 07/17/22 |

JUAN ORTEGA
360 S JENNERSVILLE RD
WEST GROVE, PA 19390-9410

| Earnings | Rate | Units | Amount | Year to Date |
|---|---|---|---|---|
| Regular | 25.00 | 40.00 | 1,000.00 | 29,000.00 |

| Deductions | Amount | Year to Date |
|---|---|---|
| Federal | 76.00 | 2,204.00 |
| FICA | 62.00 | 1,798.00 |
| Medicare | 14.50 | 420.50 |
| PA State | 30.70 | 890.30 |
| PA UI | 0.60 | 17.40 |
| LEI-EIT | 10.00 | 290.00 |
| LOT-LCT | 1.00 | 29.00 |

| | | | |
|---|---|---|---|
| **Gross Pay** | 1,000.00 | 29,000.00 | **Net Check**  805.20 |

**Lakeside Cultural Care Division Inc**

# Earnings Statement

Check Date: 07/29/22
Period Beginning: 07/18/22
Period Ending: 07/24/22

JUAN ORTEGA
360 S JENNERSVILLE RD
WEST GROVE, PA 19390-9410

| Earnings | Rate | Units | Amount | Year to Date |
|---|---|---|---|---|
| Regular | 25.00 | 40.00 | 1,000.00 | 30,000.00 |

| Deductions | Amount | Year to Date |
|---|---|---|
| Federal | 76.00 | 2,280.00 |
| FICA | 62.00 | 1,860.00 |
| Medicare | 14.50 | 435.00 |
| PA State | 30.70 | 921.00 |
| PA UI | 0.60 | 18.00 |
| LEI-EIT | 10.00 | 300.00 |
| LOT-LOT | 1.00 | 30.00 |

| Gross Pay | 1,000.00 | 30,000.00 |
|---|---|---|

| Net Check | 805.20 |
|---|---|

Lakeside Cultural Care Division Inc

# Earnings Statement

Check Date: 08/05/22
Period Beginning: 07/25/22
Period Ending: 07/31/22

JUAN ORTEGA
360 S JENNERSVILLE RD
WEST GROVE, PA 19390-9410

| Earnings | Rate | Units | Amount | Year to Date |
|---|---|---|---|---|
| Regular | 25.00 | 40.00 | 1,000.00 | 31,000.00 |

| Deductions | Amount | Year to Date |
|---|---|---|
| Federal | 76.00 | 2,356.00 |
| FICA | 62.00 | 1,922.00 |
| Medicare | 14.50 | 449.50 |
| PA State | 30.70 | 951.70 |
| PA UI | 0.60 | 18.60 |
| LEI-EIT | 10.00 | 310.00 |
| LOT-LOT | 1.00 | 31.00 |

| Gross Pay | 1,000.00 | 31,000.00 | Net Check | 805.20 |
|---|---|---|---|---|

Lakeside Cultural Care Division Inc

# Earnings Statement

Check Date: 08/12/22
Period Beginning: 08/01/22
Period Ending: 08/07/22

**JUAN ORTEGA**
360 S JENNERSVILLE RD
WEST GROVE, PA 19390-9410

| Earnings | Rate | Units | Amount | Year to Date |
|---|---|---|---|---|
| Regular | 25.00 | 40.00 | 1,000.00 | 32,000.00 |

| Deductions | Amount | Year to Date |
|---|---|---|
| Federal | 76.00 | 2,432.00 |
| FICA | 62.00 | 1,984.00 |
| Medicare | 14.50 | 464.00 |
| PA State | 30.70 | 982.40 |
| PA UI | 0.60 | 19.20 |
| LEI-EIT | 10.00 | 320.00 |
| LOT-LOT | 1.00 | 32.00 |

**Gross Pay** 1,000.00   32,000.00

**Net Check** 805.20

Lakeside Cultural Care Division Inc

# Earnings Statement

Check Date: 08/19/22
Period Beginning: 08/08/22
Period Ending: 08/14/22

JUAN ORTEGA
360 S JENNERSVILLE RD
WEST GROVE, PA 19390-9410

| Earnings | Rate | Units | Amount | Year to Date |
|---|---|---|---|---|
| Regular | 25.00 | 40.00 | 1,000.00 | 33,000.00 |

| Deductions | Amount | Year to Date |
|---|---|---|
| Federal | 76.00 | 2,508.00 |
| FICA | 62.00 | 2,046.00 |
| Medicare | 14.50 | 478.50 |
| PA State | 30.70 | 1,013.10 |
| PA UI | 0.60 | 19.80 |
| LEI-EIT | 10.00 | 330.00 |
| LOT-LOT | 1.00 | 33.00 |

| Gross Pay | 1,000.00 | 33,000.00 |
|---|---|---|

| Net Check | 805.20 |
|---|---|

**Lakeside Cultural Care Division Inc**

# Earnings Statement

Check Date: 08/26/22
Period Beginning: 08/15/22
Period Ending: 08/21/22

**JUAN ORTEGA**
**360 S JENNERSVILLE RD**
**WEST GROVE, PA 19390-9410**

| Earnings | Rate | Units | Amount | Year to Date |
|---|---|---|---|---|
| Regular | 25.00 | 40.00 | 1,000.00 | 34,000.00 |

| Deductions | Amount | Year to Date |
|---|---|---|
| Federal | 76.00 | 2,584.00 |
| FICA | 62.00 | 2,108.00 |
| Medicare | 14.50 | 493.00 |
| PA State | 30.70 | 1,043.80 |
| PA UI | 0.60 | 20.40 |
| LEI-EIT | 10.00 | 340.00 |
| LOT-LOT | 1.00 | 34.00 |

**Gross Pay**   1,000.00   34,000.00

**Net Check**   805.20

Lakeside Cultural Care Division Inc

# Earnings Statement

Check Date: 09/02/22
Period Beginning: 08/22/22
Period Ending: 08/28/22

JUAN ORTEGA
360 S JENNERSVILLE RD
WEST GROVE, PA 19390-9410

| Earnings | Rate | Units | Amount | Year to Date |
|---|---|---|---|---|
| Regular | 25.00 | 40.00 | 1,000.00 | 35,000.00 |

| Deductions | Amount | Year to Date |
|---|---|---|
| Federal | 76.00 | 2,660.00 |
| FICA | 62.00 | 2,170.00 |
| Medicare | 14.50 | 507.50 |
| PA State | 30.70 | 1,074.50 |
| PA UI | 0.60 | 21.00 |
| LEI-EIT | 10.00 | 350.00 |
| LOT-LOT | 1.00 | 35.00 |

| Gross Pay | 1,000.00 | 35,000.00 |
|---|---|---|

| Net Check | 805.20 |
|---|---|

Lakeside Cultural Care Division Inc.

# Earnings Statement

Check Date: 09/09/22
Period Beginning: 08/29/22
Period Ending: 09/04/22

**JUAN ORTEGA**
**360 S JENNERSVILLE RD**
**WEST GROVE, PA 19390-9410**

| Earnings | Rate | Units | Amount | Year to Date |
|---|---|---|---|---|
| Regular | 25.00 | 40.00 | 1,000.00 | 36,000.00 |

| Deductions | Amount | Year to Date |
|---|---|---|
| Federal | 76.00 | 2,736.00 |
| FICA | 62.00 | 2,232.00 |
| Medicare | 14.50 | 522.00 |
| PA State | 30.70 | 1,105.20 |
| PA UI | 0.60 | 21.60 |
| LEI-EIT | 10.00 | 360.00 |
| LOT-LOT | 1.00 | 36.00 |

| Gross Pay | 1,000.00 | 36,000.00 |
|---|---|---|

| Net Check | 805.20 |
|---|---|

Lakeside Cultural Care Division Inc

# Earnings Statement

Check Date: 09/16/22
Period Beginning: 09/05/22
Period Ending: 09/11/22

**JUAN ORTEGA**
**360 S JENNERSVILLE RD**
**WEST GROVE, PA 19390-9410**

| Earnings | Rate | Units | Amount | Year to Date |
|---|---|---|---|---|
| Regular | 25.00 | 32.00 | 800.00 | 36,800.00 |
| Holiday | 25.00 | 8.00 | 200.00 | 200.00 |

| Deductions | Amount | Year to Date |
|---|---|---|
| Federal | 76.00 | 2,812.00 |
| FICA | 62.00 | 2,294.00 |
| Medicare | 14.50 | 536.50 |
| PA State | 30.70 | 1,135.90 |
| PA UI | 0.60 | 22.20 |
| LEI-EIT | 10.00 | 370.00 |
| LOT-LOT | 1.00 | 37.00 |

| Gross Pay | 1,000.00 | 37,000.00 |
|---|---|---|

| Net Check | | 805.20 |
|---|---|---|