IN THE UNITED STATES BANKRUPTCY
COURT FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

IN RE: Juan A Ortega        :    Chapter 13

   Debtor(s)            :    Bankruptcy No. 22-12424-mdc

**O R D E R**

AND NOW, this 26th day of September 2022, upon consideration of the Debtor(s)' motion for an extension of time, it is HEREBY ORDERED that said motion is GRANTED. The Debtor(s) shall file all required documents on or before **October 22, 2022.**

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE