**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Juan A Ortega | : | BKY. NO.: 22-12424-mdc |
| | : | |

**PRAECIPE TO CHANGE DEBTOR'S MAILING ADDRESS**

Effective immediately, kindly change the **mailing address** of the referenced Debtor to:

> Juan A Ortega
> P.O. Box 401
> West Grove, PA 19311

RESPECTFULLY SUBMITTED,

/s/ Timothy E. Wilfong
_____
Timothy E. Wilfong, Esq.
Law Office of Timothy E Wilfong, LLC
20 S. Main Street
Phoenixville, PA 19460
Attorney ID: 208737
(610) 247-1249
(610) 680-3910 (Fax)