IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Juan A. Ortega<br><br>            Debtor(s) | Chapter 13 Proceeding<br><br>Bankruptcy No. 22-12424 MDC |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of First Horizon Bank's Proof of Claim was served on the following parties on the date set forth below.

| | |
|---|---|
| Timothy Wilfong, Esquire<br>timwilfong@aol.com<br>Attorney for Debtor(s)<br>Via first class U.S. mail | Kenneth E. West, Esquire<br>ecfemails@ph13trustee.com<br>Trustee<br>Via CM/ECF electronic filing |

Juan A. Ortega
360 South Jennersville Road
West Grove, PA 19390
Debtor(s)
Via first class U.S. mail


Dated: October 6, 2022                         /s/ Mary F. Kennedy, Esquire

{00764037}