**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

        Chapter 13

        Bankruptcy No. 22-12424-MDC

JUAN A ORTEGA

PO BOX 401

West Grove, PA 19311-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JUAN A ORTEGA

PO BOX 401

West Grove, PA 19311-

Counsel for debtor(s), by electronic notice only.

TIMOTHY WILFONG, ESQ
LAW OFFICE T. WILFONG, LLC
20 SOUTH MAIN STREET
PHOENIXVILLE, PA 19460-

Date: 12/9/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee