United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 22-12424-mdc |
|---|---|
| Juan A Ortega | Chapter 13 |
| Juan A Ortega | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 15, 2023 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juan A Ortega, PO Box 401, West Grove, Pa 19390-0401 |
| db | + | Juan A Ortega, 360 South Jennersville Road, West Grove, PA 19390-9410 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2023             Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor USAA FEDERAL SAVINGS BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor USAA FEDERAL SAVINGS BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARY F. KENNEDY | on behalf of Creditor First Tennessee Bank National Association mary@javardianlaw.com chris.cummins@javardianlaw.com;angie.harrigan@javardianlaw.com |
| MARY F. KENNEDY | |

District/off: 0313-2 — User: admin — Page 2 of 2
Date Rcvd: Mar 15, 2023 — Form ID: pdf900 — Total Noticed: 2

    on behalf of Creditor First Horizon Bank Successor by Conversion to First Tennessee Bank National Association
    mary@javardianlaw.com  chris.cummins@javardianlaw.com;angie.harrigan@javardianlaw.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor USAA FEDERAL SAVINGS BANK mfarrington@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor USAA FEDERAL SAVINGS BANK bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

TIMOTHY WILFONG
    on behalf of Debtor Juan A Ortega timwilfong@aol.com  notice1776@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Juan A. Ortega<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| USAA FEDERAL SAVINGS BANK<br>　　　　　　　　Movant<br>　　vs. | NO. 22-12424 MDC |
| Juan A. Ortega<br>　　　　　　　　Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| Kenneth E. West<br>　　　　　　　　Trustee | |

**ORDER**

AND NOW, this **14th** day of **March** 2023, at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 360 South Jennersville Road, West Grove, PA 19390 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE