# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Juan A. Ortega <br>                     Debtor(s) <br><br> USAA FEDERAL SAVINGS BANK, its successors and/or assigns <br>                     Movant <br>     vs. <br><br> Juan A. Ortega <br>                     Debtor(s) <br><br> Kenneth E. West <br>                     Trustee | CHAPTER 13 <br><br><br><br> NO. 22-12424 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of USAA FEDERAL SAVINGS BANK, which was filed with the Court on or about October 26, 2022.

Dated: March 31, 2023

                                      Respectfully submitted,

                                      /s/ Michael Farrington
                                      Michael Farrington, Esq.
                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA  19106
                                      Phone: (215)-627-1322
                                      mfarrington@kmllawgroup.com