**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | | Chapter 13 |
| JUAN A ORTEGA | | |
| | Debtor | Bankruptcy No. 22-12424-MDC |

# O R D E R

**AND NOW**, this ____10th____ day of _____April_____ 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
TIMOTHY WILFONG, ESQ
LAW OFFICE T. WILFONG, LLC
20 SOUTH MAIN STREET
PHOENIXVILLE, PA 19460-

Debtor:
JUAN A ORTEGA

PO BOX 401

West Grove, PA 19311-