United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 22-12424-mdc
Juan A Ortega | Chapter 13
Juan A Ortega
   Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Apr 11, 2023  Form ID: pdf900  Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juan A Ortega, PO Box 401, West Grove, Pa 19390-0401 |
| db | + | Juan A Ortega, 360 South Jennersville Road, West Grove, PA 19390-9410 |
| cr | + | First Tennessee Bank National Association, PO Bix 1469, Knoxville, TN 37901-1469 |
| 14720725 | + | First Horizon, Attn: Bankruptcy, 165 Madison Ave., Memphis, TN 38103-2723 |
| 14727171 | + | First Horizon Bank Successor by Conversion, to First Tennessee Bank National Associa, c/o Law Office of Gregory Javardian, 1310 industrial Blvd.,Ste 101, Southampton PA 18966-4030 |
| 14726810 | + | First Horizon Bank Successor by Conversion, to First Tennessee Bank National Associa, PO Box 1469, Knoxville, TN 37901-1469 |
| 14720727 | + | First Tennessee, Attn: Bankruptcy, PO Box 1469, Knoxville, TN 37901-1469 |
| 14721374 | + | First Tennessee Bank National Association, PO Box 1469, Knoxville, TN 37901-1469 |
| 14721502 | + | First Tennessee Bank National Association, c/o MARY F. KENNEDY, Law Offices of Gregory Javardian, 1310 Industrial Blvd., Ste. 101 Southampton, PA 18966-4030 |
| 14720728 | + | Gregory Javardian, Esquire, Law Office of Gregory Javardian, LLC, 1310 Industrial Boulevard, 1st Floor, Suite 101, Southampton, PA 18966-4030 |
| 14720729 | + | Timothy E. Wilfong, Esquire, Law Office of Timothy E Wilfong LLC, 20 South Main Street, Phoenixville, PA 19460-3436 |
| 14722123 | + | USAA Federal Savings Bank, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14720732 | + | USSA Federal Saving Bank/Nationstar, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Ste B, Coppell, TX 75019-4620 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 12 2023 00:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 12 2023 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14720724 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 12 2023 00:08:28 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14724697 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 12 2023 00:08:31 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14720726 | + | Email/Text: kxcolbankruptcy@firsthorizon.com | Apr 12 2023 00:01:00 | First Horizon Bank, 6522 Chapman Highway, Suite 110, Knoxville, TN 37920-6582 |
| 14720730 | | Email/Text: bkelectronicnotices@usaa.com | Apr 12 2023 00:00:00 | USAA Credit Card Services, PO Box 65020, San Antonio, TX 78265-5020 |
| 14736047 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 12 2023 00:00:00 | USAA FEDERAL SAVINGS BANK, c/o Nationstar Mortgage LLC, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14735896 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 12 2023 00:00:00 | USAA FEDERAL SAVINGS BANK, c/o Nationstar Mortgage LLC, P.O. Box 619096, |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 11, 2023 | Form ID: pdf900 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| 14721948 | ^ MEBN | | | Dallas, TX 75261-9096 |
| | | | Apr 11 2023 23:57:41 | USAA FEDERAL SAVINGS BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14720731 | + Email/Text: RASEBN@raslg.com | | Apr 12 2023 00:00:00 | USAA Federal Savings Bank, c/o Robertson, Anschutz,,Schneid & Crane, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 13, 2023            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor USAA FEDERAL SAVINGS BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor USAA FEDERAL SAVINGS BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARY F. KENNEDY | on behalf of Creditor First Horizon Bank Successor by Conversion to First Tennessee Bank National Association mary@javardianlaw.com  chris.cummins@javardianlaw.com;angie.harrigan@javardianlaw.com |
| MARY F. KENNEDY | on behalf of Creditor First Tennessee Bank National Association mary@javardianlaw.com  chris.cummins@javardianlaw.com;angie.harrigan@javardianlaw.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor USAA FEDERAL SAVINGS BANK mfarrington@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor USAA FEDERAL SAVINGS BANK bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| TIMOTHY WILFONG | on behalf of Debtor Juan A Ortega timwilfong@aol.com  notice1776@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Chapter 13
JUAN A ORTEGA

Debtor  Bankruptcy No. 22-12424-MDC

# O R D E R

**AND NOW**, this \_\_\_10th\_\_\_ day of \_\_\_\_April\_\_\_\_ 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
TIMOTHY WILFONG, ESQ
LAW OFFICE T. WILFONG, LLC
20 SOUTH MAIN STREET
PHOENIXVILLE, PA 19460-

Debtor:
JUAN A ORTEGA

PO BOX 401

West Grove, PA 19311-